**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Karen Baker,

Plaintiff,

v.

Founders Healthcare LLC, *et al.*,

Defendants.

No. CV-26-06637-PHX-JJT

**ORDER**

Several filings are at issue. First is *pro se* Plaintiff Karen Baker's Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. 3.) The Court grants the Application after concluding Plaintiff is unable to pay the Court's fees, given her statement that she was recently fired and receives unemployment benefits only sufficient to cover rent. (Doc. 3.)

Second, the Court screens Plaintiff's Complaint (lodged at Doc. 2) pursuant to 28 U.S.C. § 1915(e)(2) and dismisses it for failing to satisfy federal pleading requirements. To proceed in federal court, a complaint must contain "sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). Currently, Plaintiff's Complaint (Doc. 2) describes only that she experienced "no promotions, low wages, verbal abuse, medical race" (verbatim) spanning a 27-year period, with no facts supporting the inference that any adverse actions were age-related. The description affords the Court (and Defendants) with very little information. Plaintiff must be more specific.

Finally, third, the Court grants Plaintiff's Motion for Leave to File Complaint and for Extension of Time to File Complaint. (Doc. 1.) Plaintiff will be given thirty (30) days from this Order to submit the First Amended Complaint. Plaintiff must provide greater specificity as to the underlying facts in the next Complaint.

**IT IS THEREFORE ORDERED** granting Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. 3.)

**IT IS FURTHER ORDERED** directing the Clerk of Court to file the Complaint currently lodged on the docket. (Doc. 2.) The Complaint is then dismissed.

**IT IS FURTHER ORDERED** granting Plaintiff's Motion for Leave to File Complaint and for Extension of Time. (Doc. 1.) Plaintiff must file the First Amended Complaint no later than **thirty (30) days** from the issuance of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to timely file an Amended Complaint, the Clerk of Court is directed to close this case.

Dated this 18th day of September, 2026.

Honorable John J. Tuchi
United States District Judge